IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. CHAPPELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-1026-MHT |
| | ) | [wo] |
| CHASE BANK/HOME FINANCE LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On September 2, 2011, the magistrate judge issued a recommendation to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT and DECREE that:

(1) The recommendation of the magistrate judge (Doc. # 41) is adopted.

(2) Any outstanding motions are denied as moot.

An appropriate judgment will be entered.

DONE this 26th day of September, 2011.

    /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE