IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL T. CHAPPELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:10-cv-1026-MHT |
| ) | [wo] |
| CHASE BANK/HOME FINANCE ) | |
| LLC., *et al.* ) | |
| ) | |
| Respondent. ) | |
| ) | |

**O R D E R**

On May 25, 2012, the magistrate judge issued a recommendation to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT and DECREE that:

(1) The recommendation of the magistrate judge (Doc. 69) is adopted.

(2) The plaintiff's motion to dismiss defendants Compass Bank and Regions Bank as parties to this action (Doc. 50 p. 3) is granted.

(3) Defendant Compass Bank's motion to dismiss (Doc. 57) and defendant Regions Bank's motion to dismiss (Doc. 62) are granted.

(4) Defendants Compass Bank and Regions Bank are dismissed with prejudice and are terminated as parties to this action.

It is further ORDERED that this matter is referred back to the magistrate judge for further proceedings in this action.

DONE this 27th day of June, 2012.

             /s/   Myron H. Thompson
            UNITED STATES DISTRICT JUDGE