IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL T. CHAPPELL, )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 2:10cv1026-MHT |
| ) | (WO) |
| CHASE BANK/HOME FINANCE )<br>LLC, et al., )<br>)<br>    Defendants. ) | |

OPINION

Plaintiff filed this lawsuit asserting that defendants illegally seized his bank-account funds and wrongly foreclosed on his home.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Plaintiff has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2012.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**