IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. CHAPPELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv1026-MHT |
| | ) | (WO) |
| CHASE BANK/HOME FINANCE | ) | |
| LLC, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 81) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 79) is adopted.

(3) This lawsuit is dismissed in all remaining respects with prejudice.

It is further ORDERED that all outstanding motions are denied.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2012.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE